IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINETTE RICHARDSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARBARA FOREST | : | NO. 17-303 |
| JUDGE JOSEPH L. FERNANDES | : | |

FILED
FEB - 8 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 8th day of February, 2017, upon consideration of plaintiff Antoinette Richardson's motion to proceed *in forma pauperis,* her *pro se* complaint, and her motion to recuse, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. The motion to recuse is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.